# UNITED STATES DISTRICT COURT
# IN THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GEORGE MURPHY, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>HANSEN AUTO TRANSPORT, INC., )<br>d/b/a HANSEN & ADKINS AUTO )<br>TRANSPORT )<br>**Defendant** )<br>) | No. 3:11-cv-00531<br>Judge Kevin Sharp<br>Magistrate Judge Juliet Griffin |

## INITIAL CASE MANAGEMENT ORDER

A. JURISDICTION: The court has jurisdiction pursuant to 28 U.S.C. §§1332 and 1441.

B. BRIEF THEORIES OF THE PARTIES:

1. PLAINTIFF: Plaintiff George Murphy was employed as a driver for Defendant, and was wrongfully terminated in retaliation for the filing of a Worker's Compensation Claim in violation the public policy of the State of Tennessee

2. DEFENDANT: Plaintiff George Murphy, employed as a professional driver transporting new and used motor vehicles, was terminated for good cause after he rammed a vehicle into a customer's gate at a car dealership and caused thousands of dollars in damage to the vehicle and gate. The termination decision made after this misconduct connect with work came almost two full years after the first report of injury.

C. ISSUES RESOLVED: There are no disputes about this Court's jurisdiction or venue.

1510967.1

C. ISSUES STILL IN DISPUTE: Liability and damages.

D. INITIAL DISCLOSURES: The parties shall exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) on or before August 26, 2011.

E. DISCOVERY: All discovery shall be completed by February 17, 2012. The parties shall send all written discovery in sufficient time so that responses can be provided on or before January 31, 2012. The parties shall depose fact witnesses for discovery purposes on or before February 17, 2012. No motions concerning discovery are to be filed until after the parties have conferred in good faith and, unable to resolve their differences, have scheduled and participated in a telephone conference call with Judge Griffin.

F. MOTIONS TO AMEND: The parties shall file all Motions to Amend no later than September 16, 2011.

G. DISCLOSURE OF EXPERTS: The Plaintiff shall identify and disclose its expert witnesses and their expert reports pursuant to FED. R. CIV. P. 26(a)(2) on or before September 30, 2011. The Defendant shall identify and disclose expert witnesses and reports on or before November 30, 2011.

H. DEPOSITIONS OF EXPERT WITNESSES: The parties shall depose all expert witnesses, if desired, on or before February 17, 2012.

I. DISPOSITIVE MOTIONS: The parties shall file all dispositive motions on or before April 6, 2012. Responses to dispositive motions shall be filed within twenty-one (21) days after service. Optional replies shall be filed within fourteen (14) days after service of the response. Briefs shall not exceed 25 pages.

J.  ELECTRONIC DISCOVERY: The parties agree to comply with the Federal Rules of Civil Procedure with respect to e-discovery. The parties are exempt from Administrative Order No. 174.

K.  ESTIMATED TRIAL TIME: The parties expect the trial to last approximately 3-4 days.

L.  CASE MANAGEMENT CONFERENCE: A follow-up case management conference is scheduled before Magistrate Judge Griffin, Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee at 9:00 a.m. on February 1, 2012.

It is so ORDERED.

This day ____ of July, 2011.

_____
United States Magistrate Judge

APPROVED FOR ENTRY:

/s/ Robert J. Foy
_____
Robert J. Foy, BPR #025919
FOY LAW GROUP, P.A.
620 North Walnut Street
Murfreesboro, TN 37130
Telephone: 615.895.0335
Facsimile: 615.895.0334
Email: bobfoy@foylawgroup.com
Attorney for Plaintiff


/s/ Marcia McShane Watson w/permission by RJF on 07/28/20
_____
William A. Blue, Jr., BPR #10378
Marcia McShane Watson BPR #20878
CONSTANGY, BROOKS, & SMITH, LLP
401 Commerce Street, Suite 700
Telephone: (615) 320-5200
Facsimile: (615) 321-5891
Attorneys for Defendant