IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GEORGE MURPHY )
) No. 3-11-0531
v. )
)
HANSEN AUTO TRANSPORT, INC. )
d/b/a Hansen & Adkins Auto Transport )

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' initial case management order, with one insertion addressed at the initial case management conference held on July 29, 2011. That insertion and other matters addressed on July 29, 2011, are as follows:

1. By August 12, 2011, the plaintiff shall make a settlement demand on the defendant. Thereafter the parties shall engage in any appropriate settlement discussions and are encouraged to schedule a telephone conference call with the Magistrate Judge if they want to address the potential for settlement and/or the propriety of ADR.

2. The contemporaneously entered order provides a September 30, 2011, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and a November 30, 2011, deadline for the defendant to serve Rule 26(a)(2) expert disclosures. With the agreement of the parties, there shall be no further supplemental or rebuttal expert disclosures.

3. Any discovery motion shall be filed by February 22, 2012. Alternatively, by February 22, 2012, the parties shall schedule a telephone conference call with the Magistrate Judge to address any discovery disputes.

4. A further case management conference is scheduled on **Wednesday, February 1, 2012, at 9:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the status of the case, the potential for settlement, propriety of ADR, and any other appropriate matters.

As provided in the contemporaneously entered order, the deadline for filing dispositive motions is April 6, 2012. Any response shall be filed within 21 days of the filing of the motion or by April 27, 2012, if the motion is filed on April 6, 2012. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by May 11, 2012, if the response is filed on April 27, 2012.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Kevin H. Sharp.

There shall be no stay of discovery before the February 17, 2012, deadline for completion of fact and expert discovery even if a dispositive motion is filed prior thereto.

In consultation with the office of the Honorable Kevin H. Sharp, a jury trial is scheduled to begin on **Tuesday, August 14, 2012, at 9:00 a.m.,** in Courtroom A826, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties anticipate that the trial will last 3-4 days.

The pretrial conference is also scheduled before Judge Sharp in Courtroom A826 on **Monday, July 23, 2012, at 2:00 p.m.**

The parties' obligations prior to the pretrial conference will be set forth by order entered closer to the trial.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge